# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In re:  FREEL, DANIEL ODELL           §   Case No. 13-31054
        FREEL, KIMBERLY SUE           §
                                      §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Mitchell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $387,606.47                    Assets Exempt: $11,892.40
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00           Claims Discharged
                                                 Without Payment: $18,280.69

Total Expenses of Administration: $2,000.00

---

3) Total gross receipts of $ 2,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**USBA Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $16,015.45 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,246.38 | 4,246.38 | 2,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,280.69 | 18,280.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $38,542.52 | $22,527.07 | $2,000.00 |

4) This case was originally filed under Chapter 7 on May 15, 2013. The case was pending for 20 months.

5) A copy of the final bank statement of the estate, reflecting a zero balance, has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2015         By: /s/Richard M. Mitchell
                                              Trustee

**USBA Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-exempt asset | 1224-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4210-000 | N/A | 16,015.45 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$16,015.45** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Mitchell | 2100-000 | N/A | 500.00 | 500.00 | 229.77 |
| Richard M. Mitchell | 2200-000 | N/A | 7.48 | 7.48 | 3.44 |
| RICHARD M. MITCHELL | 3110-000 | N/A | 3,580.00 | 3,580.00 | 1,645.13 |
| RICHARD M. MITCHELL | 3120-000 | N/A | 68.90 | 68.90 | 31.66 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**USBA Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,246.38 | $4,246.38 | $2,000.00 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 3,693.03 | 3,693.03 | 0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 99.28 | 99.28 | 0.00 |
| 4 | Capital One NA | 7100-000 | N/A | 2,848.45 | 2,848.45 | 0.00 |
| 5 | Citibank, N.A. | 7100-000 | N/A | 3,374.68 | 3,374.68 | 0.00 |
| 6 | American Express Bank FSB | 7100-000 | N/A | 2,197.84 | 2,197.84 | 0.00 |
| 7 | PYOD LLC its successors and assigns | 7100-000 | N/A | 770.56 | 770.56 | 0.00 |

**USBA Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PYOD LLC its successors and assigns | 7100-000 | N/A | 2,197.63 | 2,197.63 | 0.00 |
| 9 | Ashley Funding Services LLC | 7100-000 | N/A | 7.23 | 7.23 | 0.00 |
| 10 | PYOD LLC its successors and assigns | 7100-000 | N/A | 3,091.99 | 3,091.99 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $18,280.69 | $18,280.69 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31054  
**Case Name:** FREEL, DANIEL ODELL  
FREEL, KIMBERLY SUE  
**Period Ending:** 01/06/15

**Trustee:** (530290) Richard M. Mitchell  
**Filed (f) or Converted (c):** 05/15/13 (f)  
**§341(a) Meeting Date:** 06/19/13  
**Claims Bar Date:** 06/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE AND LAND LOCATED AT: 12715 ABERDEEN PA | 314,700.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 | PASADENA FEDERAL CREDIT UNION CHECKING ACCOUNT: | 71.39 | 71.39 | | 0.00 | FA |
| 4 | PASADENA FEDERAL CREDIT UNION CHECKING ACCOUNT: | 9.18 | 9.18 | | 0.00 | FA |
| 5 | FIFTH THIRD BANK CHECKING: 9598 | 7,267.20 | 7,267.20 | | 0.00 | FA |
| 6 | FIFTH THIRD BANK SAVINGS: 4914 | 85.00 | 85.00 | | 0.00 | FA |
| 7 | PASADENA FEDERAL CREDIT UNION CHECKING ACCOUNT: | 220.00 | 0.00 | | 0.00 | FA |
| 8 | PASADENA FEDERAL CREDIT UNION CHECKING ACCOUNT: | 10.00 | 0.00 | | 0.00 | FA |
| 9 | FIFTH THIRD BANK CHECKING: 95981 | 100.00 | 0.00 | | 0.00 | FA |
| 10 | FIFTH THIRD BANK SAVINGS: 95982 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 1985 HONDA CIVIC WAGON VIN# JHMAN3527FC021919 18 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | DYSON VACUUM, MAC LAPTOP (STOLEN AND REPORTED IN | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | COUCH, 3 TVS, 8 CHAIRS, 3 BEDROOM SETS, 5 LAMPS, | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | 10 PAIRS OF PANTS, 8 DRESSES, 12 BLOUSES, 10 PAI | 600.00 | 0.00 | | 0.00 | FA |
| 15 | 2 PLAIN WHITE GOLD WEDDING BANDS, ONE 3/4 CT ENG | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | BUSH MASTER AR-15 FIREARM | 500.00 | 0.00 | | 0.00 | FA |
| 17 | JACOBS 401K PLAN THROUGH VANGUARD | 20,821.70 | 20,821.70 | | 0.00 | FA |
| 18 | 2011 HONDA ACCORD 4D EXL VIN# 1HGCP2F8XBA135227 | 20,252.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 VOLKSWAGEN EOS 2D CONVERTABLE VIN# WVWBA71F | 16,825.00 | 502.66 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31054  
**Case Name:** FREEL, DANIEL ODELL  
FREEL, KIMBERLY SUE  
**Period Ending:** 01/06/15

**Trustee:** (530290) Richard M. Mitchell  
**Filed (f) or Converted (c):** 05/15/13 (f)  
**§341(a) Meeting Date:** 06/19/13  
**Claims Bar Date:** 06/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 2008 KIA OPTIMA VIN# KNAGE123985203641 177,000 M | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1985 HONDA CIVIC STATION WAGON VIN# JHMAN3527FC0 | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | 2 DOGS, 1 CAT | 75.00 | 0.00 | | 0.00 | FA |
| 22 | Assets   Totals (Excluding unknown values) | $387,606.47 | $28,757.13 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Hearing scheduled on September 26, 2013

12/5/2013  Debtor making monthly payments to estate.  Payments will be completed February 2014.
In the process of closing.

**Initial Projected Date Of Final Report (TFR):**   May 21, 2014        **Current Projected Date Of Final Report (TFR):**   September 30, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-31054  
**Case Name:** FREEL, DANIEL ODELL  
FREEL, KIMBERLY SUE  
**Taxpayer ID #:** **-***1422  
**Period Ending:** 01/06/15

**Trustee:** Richard M. Mitchell (530290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $700,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | | Danile Freel | Non-exempt asset | 1224-000 | 500.00 | | 500.00 |
| 12/17/13 | | Daniel Freel | Non-exempt asset | 1224-000 | 500.00 | | 1,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 01/14/14 | | Daniel Freel | Non-exempt asset | 1224-000 | 500.00 | | 1,490.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,480.00 |
| 02/25/14 | | Daniel Freel | Non-exempt asset | 1224-000 | 500.00 | | 1,980.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,960.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,950.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,940.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,930.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,920.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,910.00 |
| 11/19/14 | 101 | Richard M. Mitchell | Dividend paid 45.95% on $500.00, Trustee Compensation; Reference: | 2100-000 | | 229.77 | 1,680.23 |
| 11/19/14 | 102 | Richard M. Mitchell | Dividend paid 45.95% on $7.48, Trustee Expenses; Reference: | 2200-000 | | 3.44 | 1,676.79 |
| 11/19/14 | 103 | RICHARD M. MITCHELL | Dividend paid 45.95% on $3,580.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,645.13 | 31.66 |
| 11/19/14 | 104 | RICHARD M. MITCHELL | Dividend paid 45.95% on $68.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 31.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,000.00 | 2,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,000.00 | 2,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.00** | **$2,000.00** | |

Net Receipts : 2,000.00  
Net Estate : $2,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4166 | 2,000.00 | 2,000.00 | 0.00 |
| | $2,000.00 | $2,000.00 | $0.00 |

{} Asset reference(s)